USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2119  ALVARO T. CASTANHEIRA, Plaintiff, Appellant, v. DEPARTMENT OF VETERANS AFFAIRS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Alvaro T. Castanheira on brief pro se. _____________________ Donald K. Stern, United States Attorney, and Sara Miron Bloom, _______________ _________________ Assistant United States Attorney, on Motion for Summary Disposition for appellees. ____________________ February 12, 1997 ____________________ Per Curiam. We have reviewed the briefs of the parties ___________ and the record on appeal. We affirm essentially for the reasons stated in the district court's memorandum and order of September 6, 1996. Affirmed. _________ -2-